**FILED**

JUN - 4 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>Plaintiff,   )<br>            )<br>vs.   )<br>            )<br>LIGNESHKUMAR H. PATEL,   )<br>            )<br>Defendant.   ) | CRIMINAL NO. 24-cr-30081-SPM<br><br>Title 18<br>United States Code,<br>Sections 1343, 1349 |

### INDICTMENT

**THE GRAND JURY CHARGES:**

#### COUNT 1
#### Conspiracy to Commit Wire Fraud and Financial Institution Fraud – 18 U.S.C. § 1349

1. From on or about February 1, 2024, to on or about May 9, 2024, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere, defendant,

**LIGNESHKUMAR H. PATEL,**

knowingly conspired and agreed with others known and unknown to commit offenses against the United States, namely, to devise and participate in a scheme to defraud elderly victims, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for purposes of executing the scheme, and attempting to do so, knowingly did cause wire communications to be made in interstate commerce, in violation of 18 U.S.C. § 1343, and knowingly obtained moneys and assets under the custody and control of a financial institution by means of false and fraudulent pretenses, representations, and promises, in violation of 18 U.S.C. § 1344(2).

2. The object of this conspiracy was for PATEL and his coconspirators to obtain money and other assets belonging to M.S.1 and other elderly victims, money and assets that the conspirators were not entitled to receive.

3. It was part of the conspiracy and scheme to defraud that members of the

conspiracy communicated with elderly victims by email, telephone, and text message and told them a fraudulent story about why they needed to send cash and other assets to the conspirators. On at least one occasion, a conspirator on such a call falsely identified himself as law enforcement, told the victim that their identity had been compromised, and told the victim that the victim needed to send money and other assets to fix the issue.

4. It was part of the conspiracy and scheme to defraud that the conspirators at times instructed the victim to give assets to a courier who would come pick it up at or near the victim's residence. PATEL was one of the couriers who met victims and took assets from the victims on behalf of the conspiracy.

5. On or about February 12, 2024, in furtherance of and as a foreseeable consequence of the conspiracy and scheme to defraud, the conspirators caused M.S.1 to transfer funds from her account with the Teachers Insurance and Annuity Association (TIAA) to an account with the U.S. Bank.

6. On or about March 4, 2024, in furtherance of and as a foreseeable consequence of the conspiracy and scheme to defraud, the conspirators caused M.S.1 to wire about $148,750 from her account with U.S. Bank, whose deposits were insured with the Federal Deposit Insurance Corporation (FDIC), to an individual with the initials S.M. to purchase gold.

7. On or about March 9, 2024, PATEL picked up about $148,750 in gold at victim M.S.1's residence in Edwardsville, Illinois.

8. It was further part of the conspiracy and scheme to defraud that the conspirators at times instructed a victim to place money into a bitcoin account and then take it from the victim.

9. The assets received were kept by PATEL and his coconspirators and not returned to the victims.

All in violation of Title 18, United States Code, Section 1349.

## COUNT 2
### Wire Fraud – 18 U.S.C. § 1343

1. Paragraphs 1-6 of Count One of this indictment are realleged here.

2. On or about February 12, 2024, in Madison County, within the Southern District of Illinois, defendant,

**LIGNESHKUMAR H. PATEL,**

for the purpose of executing the scheme to defraud described in Count One, and attempting so to do, caused to be transmitted signals and sounds by means of wire communication in interstate commerce, namely, caused M.S.1 to transfer funds from an account with the Teacher's Insurance Annuity Association of America to an account with U.S. Bank, thereby sending signals by means of wire communication in interstate commerce from the Southern District of Illinois to servers located outside the state of Illinois.

All in violation of Title 18, United States Code, Section 1343.

## COUNT 3
### Wire Fraud – 18 U.S.C. § 1343

1. Paragraphs 1-6 of Count One of this indictment are realleged here.

2. On or about March 4, 2024, in Madison County, within the Southern District of Illinois, defendant,

**LIGNESHKUMAR H. PATEL,**

for the purpose of executing the scheme to defraud described in Count One, and attempting so to do, caused to be transmitted signals and sounds by means of wire communication in interstate commerce, namely, caused M.S.1 to wire approximately $148,750.00 from M.S.1's account with U.S. Bank to a beneficiary with the initials S.M. in Springfield, Illinois, thereby sending signals by means of wire communication in interstate commerce to servers located outside the state of

Illinois.

All in violation of Title 18, United States Code, Section 1343.

A TRUE BILL

_____
PETER T. REED
Assistant United States Attorney

_____
RACHELLE AUD CROWE
United States Attorney

Recommended Bond: Detention